**MARLIN & SALTZMAN, LLP**
Louis M. Marlin, Esq. (SBN: 54053)
louis.marlin@marlinsaltzman.com
Dale A. Anderson, Esq. (SBN: 122106)
danderson@marlinsaltzman.com
Lynn P. Whitlock, Esq. (SBN: 127537)
lwhitlock@marlinsaltzman.com
3200 El Camino Real, Ste. 100
Irvine, California 92609
(714) 669-4900   Fax: (714) 669-4750

**UNITED EMPLOYEES LAW GROUP, PC**
Walter Haines, Esq. (SBN 71075)
whaines@uelglaw.com
110 Pine Avenue, Suite 725
Long Beach, California 90802
(888) 474-7242  Fax: (866) 435-7471
Attorneys for Plaintiffs, John Hopkins and Brody Puckett
on behalf of themselves and all others similarly situated

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JOHN HOPKINS, BRODY PUCKETT, on behalf of themselves, individually, and all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>STRYKER SALES CORPORATION, a Michigan Corporation; and DOES 1 to 100, inclusive,<br><br>       Defendants. | Case No. CV 11-02786 LHK<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER APPROVING CLASS NOTICE FORM**<br><br>(Assigned to Hon. Lucy H. Koh Courtroom 8, 4th Floor)<br><br>**AS MODIFIED** |

Having reviewed the parties' Joint Stipulation Re: Form of Class Notice (Doc. #36), and the form of Class Notice attached as Exhibit A thereto, the Court hereby Orders as follows:

1. The Class Notice form attached as Exhibit A to the parties' Joint Stipulation is hereby approved, as modified below in Paragraph 5 and 6.

2. Plaintiffs are authorized and directed to send Notice to all Class members utilizing the approved form.

3. Notice shall be provided to the class via U.S. Mail to the last known address of each class member reflected on Defendant's records.

4. The Third Party Administrator shall utilize reasonable efforts to locate the current address for any class member for whom the Class Notice is returned as undeliverable.

5. The parties shall insert "of" in between "discharge" and "their duties" on: Page 1, bullet 1; Page 2 ¶¶ 2 and 5; and Page 3 ¶¶ 7 and 10.

6. The parties shall insert "if you wish to be represented" after "hire your own lawyer" and "and should talk" on Page 3 ¶ 10.

Date: June 6, 2012

*Lucy H. Koh*
Lucy H. Koh
United States District Judge

IT IS SO ORDERED AS MODIFIED
*Lucy H. Koh*
Judge Lucy H. Koh
(CV 11-02786 LHK)