**MARLIN & SALTZMAN, LLP**
Louis M. Marlin, Esq. (SBN: 54053)
louis.marlin@marlinsaltzman.com
Dale A. Anderson, Esq. (SBN: 122106)
danderson@marlinsaltzman.com
Lynn P. Whitlock, Esq. (SBN: 127537)
lwhitlock@marlinsaltzman.com
3200 El Camino Real, Ste. 100
Irvine, California   92609
(714) 669-4900   Fax: (714) 669-4750

**UNITED EMPLOYEES LAW GROUP, PC**
Walter Haines, Esq. (SBN 71075)
whaines@uelglaw.com
110 Pine Avenue, Suite 725
Long Beach, California  90802
(888) 474-7242  Fax:  (866) 435-7471
Attorneys for Plaintiffs, John Hopkins and Brody Puckett
on behalf of themselves and all others similarly situated

**LITTLER MENDELSON**
A Professional Corporation
Theodora R. Lee, Esq. (SBN 129892)
E-mail: tlee@littler.com
650 California Street. 20th Floor
San Francisco, CA  94108.2693
Telephone:     415.433.1940
Facsimile:      415.399.8490
Attorneys for Defendant Stryker Sales Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JOHN HOPKINS, BRODY PUCKETT, on behalf of themselves, individually, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STRYKER SALES CORPORATION, a Michigan Corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 5:11-CV-02786 LHK<br>(Assigned to Hon. Lucy H. Koh<br>Courtroom 8, 4th Floor)<br><br>**CLASS ACTION**<br><br>**STIPULATION**<br>[~~PROPOSED~~] ORDER RE: EXPERT DISCOVERY<br><br>**AS MODIFIED** |

WHEREAS the Court has ordered that all discovery, including experts, be completed by August 10, 2012; and

WHEREAS the parties have a mediation scheduled for August 6, 2012; and

WHEREAS the parties have agreed to a set time for disclosure and deposition of experts

1

STIPULATION [~~PROPOSED~~] ORDER RE: EXPERT DISCOVERY           (Case No. CV 11-02786 LHK)

should the mediation not resolve the matter;

    IT IS HEREBY STIPULATED BY COUNSEL FOR PLAINTIFFS AND COUNSEL FOR DEFENDANT (SUBJECT TO COURT APPROVAL):

    1.    All experts, and their reports, shall be disclosed no later than August 10, 2012;

    2.    All expert depositions shall be completed no later than August 17, 2012;

    IT IS SO STIPULATED.

Date:  June 18, 2012        **Marlin & Saltzman, llp**
                                      **United Employees Law Group pc**

                                        By   /s/ Dale A. Anderson
                                                 Louis M. Marlin
                                                 Dale A. Anderson
                                                 Attorneys for Plaintiffs Hopkins and Puckett

Date:  June 18, 2012        **LITTLER MENDELSON, P.C**

                                        By   /s/ Theodora Lee
                                                 Theodora Lee
                                                 Kai-Ching Cha
                                                 Attorneys for Defendant Stryker Sales Corporation

    <u>ORDER</u>

The stipulation is DENIED.

DATED:  June 19, 2012                          /s/ Lucy H. Koh
                                              THE HONORABLE LUCY H. KOH
                                              UNITED STATES DISTRICT JUDGE

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Lucy H. Koh]