UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JOHN HOPKINS, et al., | ) | Case No.: 11-CV-2786-LHK |
| Plaintiffs, | ) ) | ORDER VACATING UPCOMING DEADLINES AND PENDING COURT |
| v. | ) ) | DATES AND ADVANCING HEARING |
| STRYKER SALES CORPORATION, | ) ) | ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS |
| Defendant. | ) ) | ACTION SETTLEMENT TO OCTOBER 31, 2012 |
| | ) ) | |

On September 7, 2012, Plaintiffs John Hopkins and Brody Puckett filed a Motion for Preliminary Approval of Class Action Settlement. ECF No. 45. In light of the pending motion, the Court hereby VACATES all upcoming deadlines and pending Court dates in this matter, with the exception of the hearing on Plaintiff's Motion for Preliminary Approval of Class Action Settlement. The vacated deadlines and pending Court dates include: (1) the dispositive motion hearing set for September 27, 2012; (2) the pre-trial conference set for October 31, 2012; and (3) the jury trial set for November 13, 2012. The hearing on Plaintiff's Motion for Preliminary Approval of Class Action Settlement is ADVANCED from January 31, 2012 to October 31, 2012, at 2:00 p.m.

In light of the Court's ruling above, the parties' Joint Request for Stay of Proceedings (ECF No. 44) is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: September 14, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 11-CV-2786-LHK
ORDER VACATING UPCOMING DEADLINES AND PENDING COURT DATES AND ADVANCING HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT TO OCTOBER 31, 2012