| | |
|---|---|
| 1 | **LITTLER MENDELSON**<br>A Professional Corporation |
| 2 | Theodora R. Lee, Bar No. 129892<br>tlee@littler.com |
| 3 | Kai-Ching Cha, Bar No. 218738<br>kcha@littler.com |
| 4 | 650 California Street, 20th Floor<br>San Francisco, CA  94108.2693 |
| 5 | Telephone:     415.433.1940<br>Facsimile:      415.399.8490 |
| 6 | |
| 7 | Attorneys for Defendant<br>STRYKER SALES CORPORATION |
| 8 | |
| 9 | **MARLIN & SALTZMAN, LLP**<br>Louis M. Marlin, Esq., Bar No. 54053 |
| 10 | Louis.marlin@marlinsaltzman.com<br>Kristen Marquis Fritz, Esq. Bar No. 268326 |
| 11 | kfritz@marlinsaltzman.com<br>3200 El Camino Real, Ste. 100 |
| 12 | Irvine, California 92609<br>(714) 669-4900 Fax: (714) 669-4750 |
| 13 | **UNITED EMPLOYEES LAW GROUP, PC** |
| 14 | Walter Haines, Esq., Bar No. 71075<br>whaines@uelglaw.com |
| 15 | 110 Pine Avenue, Suite 725<br>Long Beach, California 90802<br>(888) 474-7242 Fax: (866) 435-7471 |
| 16 | |
| 17 | Attorneys for Plaintiffs JOHN HOPKINS and<br>BRODY PUCKETT on behalf of themselves and all<br>others similarly situated |
| 18 | |
| 19 | UNITED STATES DISTRICT COURT |
| 20 | NORTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 21 | JOHN HOPKINS, BRODY PUCKETT, on behalf of themselves, individually, and all the other similarly situated, Plaintiffs, | Case No.  5:11-CV-02786 LHK |
| 22 | | **JOINT STIPULATION REGARDING HEARING ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT; [PROPOSED] ORDER** |
| 23 | v. | |
| 24 | STRYKER SALES CORPORATION, a Michigan Corporation; and DOES 1 to 100, inclusive, | |
| 25 | | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

(NO.  CASE NO.  5:11-CV-02786 LHK)        JNT. STIP. RE: HEARING ON MOTION FOR PRELIMINARY
                                          APPROVAL OF SETTLEMENT; [PROPOSED] ORDER

1  THIS STIPULATION is hereby entered into by and between Plaintiffs John Hopkins
2  and Brody Puckett, individually and on behalf of all others similarly situated ("Plaintiffs") and
3  Defendant STRYKER SALES CORPORATION ("Defendant"), collectively referred to as the
4  "Parties," by and through their respective counsel of record.
5  WHEREAS, on September 7, 2012, Plaintiffs John Hopkins and Brody Puckett filed
6  a Motion for Preliminary Approval of Class Action Settlement;
7  WHEREAS, this Court set the hearing on Plaintiffs' Motion for Preliminary Approval
8  of Class Action Settlement for October 31, 2012;
9  WHEREAS, lead trial counsel for Defendant, Theodora R. Lee, will be out of the
10  state and unavailable on October 31, 2012;
11  WHEREAS, counsel for the Parties are available to attend the hearing on Plaintiffs'
12  Motion for Preliminary Approval of Class Action Settlement on the following dates:
13  October 24, 2012
14  November 5, 2012
15  November 6, 2012
16  November 7, 2012
17  November 8, 2012
18  November 9, 2012
19  November 14, 2012
20  November 15, 2012
21  November 16, 2012
22  November 19, 2012
23  November 20, 2012
24  November 21, 2012
25  November 26, 2012
26  November 27, 2012
27  November 28, 2012
28  WHEREAS, the Parties request that the Court set the hearing on Plaintiffs' Motion

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

(NO. CASE NO. 5:11-CV-02786 LHK)    2.    JNT. STIP. RE: HEARING ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT; [PROPOSED] ORDER

1 for Preliminary Approval of Class Action Settlement for the earliest date on which the Court is
2 available.
3       WHEREAS, this stipulation is made in good faith and is not made for the purpose of
4 unnecessarily delaying these proceedings or for any other improper purpose.
5       IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:
6 **That the hearing on Plaintiffs' Motion for Preliminary Approval of Class Action**
7 **Settlement be set for a date listed above when counsel for both Parties are available to attend.**

                            Marlin & Saltzman, LLP
                            United Employees Law Group, PC

Dated: September 19, 2012      */s/ Kristen Marquis Fritz*
                            Kristen Marquis Fritz
                            Attorneys for Plaintiffs JOHN HOPKINS and
                            BRODY PUCKETT

                            Littler Mendelson, P.C.

Dated: September 19, 2012      */s/ Theodora R. Lee*
                            Theodora R. Lee
                            Attorneys for Defendant STRYKER SALES
                            CORPORATION

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

(NO. CASE NO. 5:11-CV-02786 LHK)    3.   JNT. STIP. RE: HEARING ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT; [PROPOSED] ORDER

1 **[PROPOSED] ORDER**

2   The Court adopts the Stipulation of the Parties and hereby continues the hearing on
3 Motion for Preliminary Approval of Settlement from October 31, 2012 to November 20, 2012 at
4 1:30 p.m.

5   PURSUANT TO STIPULATION, IT IS SO ORDERED.

7 DATED: September 26, 2012         *Lucy H. Koh*
                                    HON. LUCY H. KOH
8                                    United States District Judge

Firmwide:114512419.1 028459.1049

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

(NO.  CASE NO.  5:11-CV-02786 LHK)   4.   JNT. STIP. RE: HEARING ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT; [PROPOSED] ORDER