# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JOHN HOPKINS, BRODY PUCKETT, on behalf of themselves, individually, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STRYKER SALES CORPORATION, a Michigan Corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. CV 11-02786 LHK<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ENHANCEMENT AWARD TO THE REPRESENTATIVE PLAINTIFFS**<br><br>(Assigned to Hon. Lucy H. Koh Courtroom 8, 4th Floor)<br><br>Date: January 31, 2013<br>Time: 1:30 P.M.<br>Courtroom: 8 |

The Motion of Plaintiffs for enhancement awards of $7,500 each came on regularly for hearing before this Court on January 31, 2013. Good cause appearing therefore:

IT IS HEREBY ORDERED that said motion is GRANTED. Representative Plaintiffs John Hopkins and Brody Puckett shall each be granted an enhancement award of $7,500, which shall be paid in addition to their appropriate share of the settlement proceeds.

Date: February 6, 2013

_Lucy H. Koh_
Hon. Lucy H. Koh
United States District Judge